# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2024

## NO. 03-24-00507-CV

**Church of the Sacred Synthesis, Kemal Ian Benouis, Benjamin Moore, Adam McKay, Jennifer Lake, Amy Rising, and Ryan Begin, Appellants**

**v.**

**Mario de la Fuente Revenga; Rafaela Lancelotta; Gonogo Solutions, LLC; Panacea Plant Sciences, Inc.; Psychedelics Today, LLC; Psymposia, Inc.; Bill Linton; Poncho Meisenheimer; Promega Life Sciences, LLC; Alexander Sherwood; Samuel E. Williamson; and Usona Institute, Inc., Appellees**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on July 22, 2024. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.